# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NORBERTO MEDINA-RODRIGUEZ** | |
| *Plaintiff* | |
| **v.** | **CASE NO. 15-cv-03190 (JAF)** |
| **HOLSUM DE PUERTO RICO, INC.**, doing business as *La Tiendita Holsum* | |
| *Defendant* | |

### MOTION FOR EXTENSION OF TIME TO FILE TRANSLATIONS

**TO THE HONORABLE COURT:**

COMES NOW, Defendant Holsum de Puerto Rico, Inc. ("Holsum"), through their undersigned attorneys and without submitting itself to the jurisdiction of this Honorable Court and very respectfully alleges and prays as follows:

1.      On May 19, 2016, Holsum filed a Motion to Dismiss for Failure to State a Valid Claim and Memorandum in Support Thereof.  See Docket 14.  Also Defendant filed a Motion for Reconsideration of Order of the authorization given to plaintiff to file their case *in forma pauperis*. See Docket 17.

2.      In both of these dockets Defendant included an exhibit in the Spanish language and for which, prior to filing, requested leave to file them.  See Dockets 13 & 16, respectively.

3.      At this time, however, Defendant requests an extension of no less than 21 additional days in which to file the translations to both of the exhibits filed in the Spanish language found at Docket 14-2 at page 8, and Docket 17-2 at pages 1-2.  Thus, for an extension until at least July 8th.

4.      The aforementioned extension is not meant to cause any unjustified delay to this matter and, respectfully submit, it will not cause undue prejudice to any of the parties.

1

**WHEREFORE**, it is respectfully requested for this Honorable Court to grant us until July 8th, 2016 to file the certified translations to the above-referenced documents.

**I HEREBY CERTIFY**: That the foregoing motion has been filed on this same date using the CM/ECF system which will send notice of this filing to counsel of record.

**RESPECTFULLY SUBMITTED**.  In Guaynabo, Puerto Rico, this 17th day of June, 2016.

<u>**Attorneys for Defendant**</u>

**GUILLERMO L. MENA-IRIZARRY**
USDC-DPR No. 301509
guillermo.mena@me.com
guillermo75@gmail.com
Ext. Roosevelt
559 Cabo Alverio St.
San Juan, Puerto Rico  00918
Tel.     787-347-9793

**ANTONIO VALIENTE**
Maramar Plaza – Suite 1120
101 San Patricio Avenue
Guaynabo, Puerto Rico  00968-2646
Tel.     787-620-5300
Fax     787-620-5305

By: *S/ Antonio Valiente*
Antonio Valiente
USDC-DPR No. 213906
lcdoavaliente@live.com
lcdoavaliente@gmail.com