# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**ADA "Tester" Cases filed by Attorney José Carlos Vélez-Colón.** | **Civil No.**   15-1628 (PAD)<br>15-2562 (PAD)<br>15-2563 (PAD)<br>15-2564 (PAD)<br>15-2633 (PAD)<br>15-2864 (PAD)<br>15-2866 (PAD)<br>15-2963 (PAD)<br>15-2971 (PAD)<br>15-3082 (PAD)<br>15-3137 (PAD)<br>15-3184 (PAD)<br>15-3190 (PAD)<br>16-1011 (PAD)<br>16-1137 (PAD)<br>16-1606 (PAD)<br>16-1833 (PAD)<br>16-1926 (PAD)<br>16-2297 (PAD)<br>16-2586 (PAD)<br>16-2587 (PAD)<br>16-2590 (PAD)<br>16-2625 (PAD)<br>16-2788 (PAD)<br>17-1600 (PAD)<br>17-1943 (PAD)<br>17-1947 (PAD) |

**ORDER REFERRING CASES TO MAGISTRAGE JUDGE BRUCE MCGIVERIN**

The cases listed in the caption are referred to U.S. Magistrate Judge Bruce McGiverin to receive evidence, hold hearings, perform legal analysis and issue a report and recommendation in order to determine whether these actions are frivolous or malicious. See, 28 U.S.C. §1915(e)(2)(B)(i); see also, Carton v. Carroll Ventures, Inc., No. 17-0037 (KG/SCY) (D.N.M. July 10, 2017)(Molzen, Ch. M.J.)

The Magistrate Judge may request that the *pro se* law clerk assist him in this matter.

**SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of July, 2017.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
